# HINSHAW



**ATTORNEYS AT LAW**
780 Third Avenue
4th Floor
New York, NY 10017

Concepcion A. Montoya
212-471-6228
cmontoya@hinshawlaw.com

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

October 19, 2010

**VIA ELECTRONIC FILING**
Hon. Leonard B. Sand
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007
    Re:    *Schwed, et al. v. GC Services, LP*
           Docket No. 10-cv-07198

Your Honor:

    We have been recently retained by Defendant, GC Services, LP ("GC"), in the above-referenced lawsuit, and write to respectfully inform the Court that the parties are actively discussing settlement and are optimistic that a settlement will soon be reached.

    However, in view of the fact that the time for GC's response to the Complaint is due on October 22, 2010, we respectfully request an enlargement of time for GC to respond to the Complaint up through and including November 22, 2010, in order to preserve GC's right to assert its defenses in the event that the settlement is not finalized.  No prior request for an enlargement of time has been made by GC.  Plaintiff's counsel consents to this request.

    We thank the Court for its consideration of this request.

                            Respectfully submitted,

                            HINSHAW & CULBERTSON LLP

                            */s/ Concepcion A. Montoya*

                            Concepcion A. Montoya (CM-7147)

cc:    M. Harvey Rephen, Esq. (Via Electronic Mail)

**MEMO ENDORSED**

*Adjournment granted. So ordered. /s/ LBSand  10/25/10*

Arizona   California   Florida   Illinois   Indiana   Massachusetts   Minnesota   Missouri   New York   Oregon   Rhode Island   Wisconsin
130024897v1  0916978  46121